E-FILED
Wednesday, 05 March, 2014  10:10:44 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| STEVE ALLEN GARRETT,<br>    Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social<br>Security,<br>    Defendant. | )<br>)<br>)<br>) Case No. 2:13-CV-2032<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### ORDER OF REMAND UNDER
### SENTENCE FOUR OF 42 U.S.C. § 405(g)

Pursuant to the power of this Court to enter a judgment affirming, modifying or reversing the Commissioner's decision with remand in Social Security actions under sentence four of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g), and in light of the parties' motion to remand this action, this Court now, upon substantive review, hereby enters a judgment under sentence four of 42 U.S.C. § 405(g) reversing the Commissioner's decision with a remand of the cause to the Commissioner according to the following terms.  *See Shalala v. Schaefer*, 509 U.S. 292, 296 (1993); *Melkonyan v. Sullivan*, 501 U.S. 89, 97-98 (1991).

On remand, the Administrative Law Judge (ALJ) will further evaluate all relevant evidence of record, including the opinion of Sonja Hansen, M.D., and give reasons for the weight assigned to it; further consider Plaintiff's use of a walker and whether Plaintiff meets or equals the Listing of Impairments; reassess Plaintiff's

residual functional capacity; and if warranted, obtain supplemental vocational expert evidence to clarify the effect of the assessed limitations on the occupational base.

The Clerk of the Court will enter a separate judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

SO ORDERED this ___5th___ day of March, 2014.

/s/ Harold A. Baker
HAROLD A. BAKER, District Judge
United States District Court